1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT SEATTLE

10    LEONARD CARTER,                          Case No. 10-cv-999-TSZ

11                     Plaintiff,

12          v.                                 ORDER DISMISSING CASE

13
      MICHAEL J. ASTRUE, Commissioner
14    of the Social Security Administration,

15                     Defendant.

16

17

18          The Court, having reviewed the Report and Recommendation of the Honorable James

19    P. Donohue, and no objections thereto having been filed, does hereby find and ORDER:

20          (1)      The Court adopts the Report and Recommendation, docket no. 19;

21          (2)      The final decision of the Commissioner is AFFIRMED and this case is

22    dismissed with prejudice; and

23    ///

24    ///

25    ///

26

ORDER DISMISSING CASE
PAGE - 1

1          (3)     The Clerk of the Court is directed to send copies of this Order to the parties and

2    to Judge Donohue.

3          DATED this 28th day of December, 2010.

4

5                                               _Thomas S. Zilly_

6                                               Thomas S. Zilly
                                                United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DISMISSING CASE
PAGE - 2